IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| JAMES D. GRECO, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 7:09-CV-156 (HL) |
| | : | |
| WILLIAM STONE, Individually and in his Official Capacity as a Police Officer for the City of Moultrie; BRIAN NEWVINE, Individually and in his Official Capacity as a Police Officer for the City of Moultrie; CITY OF MOULTRIE; and MOULTRIE POLICE DEPARTMENT, | : : : : : : : : : | |
| Defendants. | : | |

_____

### ORDER

On March 22, 2010, the Court was contacted telephonically by Raleigh Rollins, counsel for Defendants Stone, Newvine, City of Moultrie, and Moultrie Police Department. Mr. Rollins conveyed the following to the Court: The parties' Rules 16 and 26 Scheduling and Discovery Report is due today. He has not received any response with regard to the proposed report he forwarded last week to Craig Mathis, counsel for Plaintiff James D. Greco. However, Mr. Mathis was arrested in Lee County, Georgia on narcotics charges on March 19, 2010. Mr. Mathis surrendered his right to practice law until the criminal case is completed. Plaintiff is also represented by Ramon J.

Fajardo, but attempts to reach him have been unsuccessful, as his telephone number has been disconnected.

In light of these events, the Court orders that the deadline for filing the Rules 16 and 26 Discovery Report be extended thirty days, until April 21, 2010.

The Court further orders that Messrs. Mathis and Fajardo each contact the Court not later than 12:00 p.m. on Friday, March 26, 2010, and advise the Court of their status as counsel in this case. If Messrs. Mathis and Fajardo do not contact the Court as ordered, they will be removed as counsel in the case and will be cited for contempt.

**SO ORDERED**, this the 22nd day of March, 2010.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh